IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAIRFIELD BELMONT LP,

    Plaintiff,

  v.

ALETHIA CURRIE,

    Defendant.

No. C 15-05494 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION**

The undersigned has reviewed the report and recommendation of Magistrate Judge Joe Spero and agrees that this unlawful detainer action should be remanded for the reasons stated in the report (Dkt. No. 6). No objection was received in response to the report. This order therefore **ADOPTS IN FULL** the report and recommendation of Judge Spero. As stated in Judge Spero's report, the above-titled unlawful detainer action is **REMANDED** to Contra Costa County Superior Court.

    **IT IS SO ORDERED.**

Dated: January 4, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE